CLERK, U.S. DISTRICT COURT
7/24/14

PROB 22 (ED/CA)
(Rev. 2/88)

# TRANSFER OF JURISDICTION

CENTRAL DISTRICT OF CALIFORNIA
BY: ER DEPUTY

DOCKET NUMBER *(TRAN. COURT)*
0972 1:10CR00119-001

DOCKET NUMBER *(REC. COURT)*
LA14CR00430-RGK

| NAME AND ADDRESS OF ☐ PROBATIONER ☒ SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Winston Hanji Park | E-CA | Fresno |
| | NAME OF SENTENCING JUDGE | |
| | Anthony W. Ishii | |
| | DATES OF ☐ PROBATION ☒ SUPERVISED RELEASE | FROM 3/22/2013 — TO 3/21/2016 |

**OFFENSE**

18 U.S.C. 1791(a)(2)(b)(1): Possession of a Prohibited Object in Prison

---

## PART 1 – ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervisee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4-29-14
Date

*United States District Judge*

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted at the discretion of the transferring Court.

---

## PART 2 – ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

7/23/14
*Effective Date*

~~United States District Judge~~
George H. King, Chief Judge

---

CC: United States Attorney
FLU Unit - United States Attorney's Office
Fiscal Clerk - Clerk's Office

Rev. 05/2013
TRANSFER OF JURIS (PROB22).DOTX