# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

TOJ DOCUMENTS

14CR-430-RGK



U.S. District for the
Central District of California
312 N. Spring Street, Room G-8
Los Angeles, CA 90012

RE:        USA vs.
USDC No.:  1:10-CR-00119-AWI

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated July 25, 2014 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 21.**

   Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

|  |  |
|---|---|
|  | Very truly yours, |
| July 25, 2014 | /s/ **J. Hellings** |
|  | Deputy Clerk |

RECEIVED BY: _____
                Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____

U.S. District Court
Eastern District of California - Live System (Fresno)
CRIMINAL DOCKET FOR CASE #: 1:10-cr-00119-AWI-1

Case title: USA v. Park

Date Filed: 03/25/2010
Date Terminated: 05/09/2011

Assigned to: District Judge Anthony W. Ishii

### Defendant (1)

**Winston Park**
*TERMINATED: 05/09/2011*

represented by **Rachel Wright Hill**
Federal Defender (FRS)
2300 Tulare Street
Suite 330
Fresno, CA 93721
559-487-5336-235
Fax: 559-487-5950
Email: rachel_hill@fd.org
*TERMINATED: 12/15/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Days**
Federal Defender (FRS)
2300 Tulare Street
Suite 330
Fresno, CA 93721
559-487-5561
Fax: 559-487-5950
Email: marc_days@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

18 U.S.C. 1791(a)(1) & (b)(1) - Possession of a Prohibited Object - a Narcotic Drug - in Prison
(1)

### Disposition

24 months custody consecutive to current sentence, 36 months supervised release, $100 penalty assessment. Appeal waived.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA      represented by    **Kevin P. Rooney**
United States Attorney
Fresno Office
2500 Tulare Street
Suite 4401
Fresno, CA 93721
(559) 497-4070
Fax: (559) 497-4099
Email: kevin.p.rooney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2014 | 22 | TRANSMITTAL of DOCUMENTS re 21 Probation 22 Out on *7/25/2014* to * U.S. District for the* *Central District of California* *312 N. Spring Street, Room G-8* *Los Angeles, CA 90012*. <br> *Electronic Documents: 1 to 21. *. (Hellings, J) (Entered: 07/25/2014) |
| 07/25/2014 | 21 | PROBATION FORM 22 as to Winston Park signed by District Judge Anthony W. Ishii on 4/29/14. JURISDICTION TRANSFERRED to Central District of CA. Copy of Transfer Order sent to new district. (Hellings, J) (Entered: 07/25/2014) |
| 05/12/2011 | 20 | JUDGMENT and COMMITMENT as to Winston Park signed by Chief Judge Anthony W. Ishii on 5/12/2011. (Nazaroff, H) (Entered: 05/12/2011) |
| 05/09/2011 | 19 | MINUTES (Text Only) for proceedings held before Chief Judge Anthony W. Ishii:SENTENCING held on 5/9/2011 for Winston Park (1), Count(s) 1, 24 months custody consecutive to current sentence, 36 months supervised release, $100 penalty assessment. Appeal waived.. DEFENDANT TERMINATED. CASE CLOSED. Government Counsel K. Rooney present. Defense Counsel M. Days present. Custody Status: (C). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 05/10/2011) |
| 05/04/2011 | 18 | OBJECTION to PRESENTENCE REPORT by Winston Park. *Defendant's Formal Objections and Sentencing Memorandum* (Days, Marc) (Entered: 05/04/2011) |
| 02/28/2011 | 17 | MINUTES (Text Only) for proceedings held before Chief Judge Anthony W. Ishii:CHANGE of PLEA HEARING as to Winston Park held on 2/28/2011. Winston Park (1) entered GUILTY PLEA on Count 1. Sentencing set for 5/9/2011 at 09:00 AM in Courtroom 2 (AWI) before Chief Judge Anthony W. Ishii. Government Counsel K. Rooney present. Defense Counsel M. Days present. Custody Status: (C). Court Reporter/CD Number: ECRO. (Nazaroff, H) (Entered: 03/01/2011) |
| 01/10/2011 | 16 | MINUTES (Text Only) for proceedings held before Chief Judge Anthony W. Ishii:STATUS CONFERENCE as to Winston Park held on 1/10/2011. XT Start: 1/10/2011 Stop: 2/28/2011, ( Status Conference set for 2/28/2011 at 09:00 AM in Courtroom 2 (AWI) before Chief Judge Anthony W. Ishii.) Government Counsel K. Rooney present. Defense Counsel M. Days present. Custody Status: (C). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 01/11/2011) |
| 12/15/2010 | 15 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Marc Days for Winston |

| | | |
|---|---|---|
| | | Park attorney Rachel Wright Hill terminated. (Days March (Entered: 12/15/2040) |
| 12/06/2010 | 14 | MINUTES (Text Only) for proceedings held before Chief Judge Anthony W. Ishii:STATUS CONFERENCE as to Winston Park held on 12/6/2010. XT Start: 12/6/10 Stop: 1/10/11, ( Status Conference set for 1/10/2011 at 09:00 AM in Courtroom 2 (AWI) before Chief Judge Anthony W. Ishii.) Government Counsel K. Rooney present. Defense Counsel C. Lee for R. Hill present. Custody Status: (C)`. Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 12/07/2010) |
| 10/12/2010 | 13 | MINUTES (Text Only) for proceedings held before Chief Judge Anthony W. Ishii: STATUS CONFERENCE as to Winston Park held on 10/12/2010 - matter continued. STATUS CONFERENCE set for 12/6/2010 at 09:00 AM in Courtroom 2 (AWI) before Chief Judge Anthony W. Ishii. (Excludable time - Start: 10/12/2010 Stop: 12/6/2010) Government Counsel K. Rooney present. Defense Counsel R. Hill present. Custody Status: Custody. Court Reporter/CD Number: G. Thomas. (Rooney, M) (Entered: 10/13/2010) |
| 08/27/2010 | 12 | ORDER as to Winston Park, ( Status Conference set for 8/30/2010 is continued to 10/12/2010 at 09:00 AM in Courtroom 2 (AWI) before Chief Judge Anthony W. Ishii.) signed by Chief Judge Anthony W. Ishii on 8/27/2010. (Nazaroff, H) (Entered: 08/27/2010) |
| 08/26/2010 | 11 | STIPULATION and PROPOSED ORDER for CONTINUANCE OF STATUS CONFERENCE TO OCTOBER 12, 2010, AT 9:00 A.M.. (Hill, Rachel) (Entered: 08/26/2010) |
| 07/23/2010 | 10 | ORDER as to Winston Park Status Conference set for 7/26/2010 is continued to 8/30/2010 at 09:00 AM in Courtroom 2 (AWI) before Chief Judge Anthony W. Ishii.) signed by Chief Judge Anthony W. Ishii on 7/23/2010. (Nazaroff, H) (Entered: 07/23/2010) |
| 07/23/2010 | 9 | STIPULATION and PROPOSED ORDER for Continuance of Status Conference to August 30, 2010, at 9:00 a.m.. (Hill, Rachel) (Entered: 07/23/2010) |
| 06/14/2010 | 8 | MINUTES (Text Only) for proceedings held before Chief Judge Anthony W. Ishii:STATUS CONFERENCE as to Winston Park held on 6/14/2010. XT Start: 6/14/2010 Stop: 7/26/10, ( Status Conference set for 7/26/2010 at 09:00 AM in Courtroom 2 (AWI) before Chief Judge Anthony W. Ishii.) Government Counsel K. Rooney present. Defense Counsel R. Hill present. Custody Status: (C). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 06/15/2010) |
| 05/24/2010 | 7 | MINUTES (Text Only) for proceedings held before Chief Judge Anthony W. Ishii:STATUS CONFERENCE as to Winston Park held on 5/24/2010. XT Start: 5/24/10 Stop: 6/14/10, ( Status Conference set for 6/14/2010 at 09:00 AM in Courtroom 2 (AWI) before Chief Judge Anthony W. Ishii.) Government Counsel K. Rooney present. Defense Counsel R. Hill present. Custody Status: (C). Court Reporter/CD Number: G.Thomas. (Nazaroff, H) (Entered: 05/25/2010) |
| 04/26/2010 | 6 | MINUTES (Text Only) for proceedings held before Chief Judge Anthony W. Ishii:STATUS CONFERENCE as to Winston Park held on 4/26/2010. XT Start: 4/26/10 Stop: 5/24/10, ( Status Conference set for 5/24/2010 at 09:00 AM in Courtroom 2 (AWI) before Chief Judge Anthony W. Ishii.) Government Counsel K. Rooney present. Defense Counsel R. Hill present. Custody Status: (C). Court Reporter/CD Number: G. Thomas. (Nazaroff, H) (Entered: 04/27/2010) |
| 04/20/2010 | 5 | NOTICE of ATTORNEY APPEARANCE: Rachel Wright Hill appearing for Winston Park. Attorney Hill, Rachel Wright added. (Hill, Rachel) (Entered: 04/20/2010) |
| 04/15/2010 | 3 | DETENTION ORDER as to Winston Park signed by Magistrate Judge Dennis L. Beck on 4/14/2010. (Hernandez, M) (Entered: 04/15/2010) |
| 04/14/2010 | 2 | MINUTES (Text Only) for proceedings held before Magistrate Judge Dennis L. Beck: ARRAIGNMENT AND PLEA RE INDICTMENT as to Winston Park (1) Count 1 held on |

| | | | |
|---|---|---|---|
| | | | 4/14/2010 Defendant advised of charges and rights, waived reading, NOT GUILTY PLEA ENTERED. The Government provided initial discovery - reciprocal discovery ordered. DETENTION HEARING HELD and addressed - the Court orders defendant DETAINED. Status Conference set for 4/26/2010 at 09:00 AM in Courtroom 2 (AWI) before Chief Judge Anthony W. Ishii. Government Counsel I Garriques present. Defense Counsel A Voris present. Custody Status: (C). Court Reporter/CD Number: ECRO. (Hernandez, M) (Entered: 04/15/2010) |
| 03/25/2010 | | 1 | INDICTMENT as to Winston Park (1) count(s) 1. (Attachments: # 1 True Bill) (Verduzco, M) (Entered: 03/26/2010) |

BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559)497-4000

FILED

MAR 25 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
S. MARTIN, DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:10 CR 00119 AWI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WINSTON PARK ) <br> ) <br> Defendant. ) <br> ) | CASE NO. <br><br> VIOLATIONS: 18 U.S.C. §1791(a)(1) & (b)(1) - Possession of a Prohibited Object - a Narcotic Drug - in Prison |

I N D I C T M E N T

Count One [Possession of a Prohibited Object - a Narcotic Drug - in Prison 18 U.S.C. §1791(a)(1) & (b)(1)

    The Grand Jury charges:

WINSTON PARK

defendant herein, as follows:

On or about May 26-27, 2009 in the County of Merced, State and Eastern District of California, the defendant, an inmate in Atwater Federal Penitentiary knowingly possessed a prohibited object, to

1

1  wit, a narcotic drug, specifically heroin, in violation of Title
2  18, United States Code, Sections 1791(a)(2) and 1791(b)(1).
3
4                                              A TRUE BILL.
5                                          /s/ Signature on file w/AUSA
6                                          _____
                                           FOREPERSON
7  BENJAMIN B. WAGNER
   United States Attorney
8       **Mark E. Cullers**
9  By: MARK E. CULLERS
       Assistant U.S. Attorney
10      Chief, Fresno Office

No.

# UNITED STATES DISTRICT COURT

**FILED**

Eastern District of California

Criminal Division

MAR 25 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
S. MARTIN, DEPUTY CLERK

THE UNITED STATES OF AMERICA

vs.

WINSTON PARK

1: 10 CR 00119 AWI

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1791(a)(1) & (b)(1) - POSSESSION OF A PROHIBITED OBJECT - A NARCOTIC DRUG - IN PRISON

*A true bill,*

_____ /S/ _____
Foreman.

*Filed in open court this* _____ *day*

*of* _____ *, A.D. 20* _____

_____
Clerk.

Bail, $  **AS PREVIOUSLY SET**

_____

GPO 863 525

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

By [ ] COMPLAINT [ ] INFORMATION [x] INDICTMENT

Name of District Court, and/or Judge Magistrate Location (city)
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO, CALIFORNIA**

**OFFENSE CHARGED**
PLEASE SEE INDICTMENT

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

**DEFENDANT -- U.S. vs.**
Winston Park

1: 10 CR 00119 AWI

Address {

Place of Offense: Kern County

U.S.C. Citation: Please see Indictment

Birth Date (Optional unless a juvenile)

[X] Male [ ] Female [ ] Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA Greg Peters/FBI

[ ] this person is awaiting trial in another Federal or State Court, give name of court.

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y [ ] Defense

} SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[X] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Realease from (show District)

**IS IN CUSTODY**
4) [ ] On this charge
5) [X] On another conviction [X] Fed'l [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? [ ] Yes [ ] No
If "Yes" give date

DATE OF ARREST ► Mo. Day Year

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ► Mo. Day Year

Name and Office of Person Furnishing information on
THIS FORM: MARIA G. ROBLES
[X] U.S. Att'y [ ] Other U.S. Agency

Name of Asst. U.S. Att'y: KEVIN P. ROONEY

[ ] This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

PENALTIES:  DEFN. BAIL STATUS:. AUSA TO PREPARE ASR

PENALTY SLIP

DEFENDANT:     WINSTON PARK

VIOLATION:     18 U.S.C. §§ 1791(a)(1) & (b)(1) -
               Possession of a Prohibited Object -
               A Narcotic Drug - In Prison

PENALTY:       Maximum 20 years imprisonment
               Maximum $250,000 fine
               Supervised release - maximum term of three years;
               maximum incarceration period is lesser of term
               imposed or two years

# United States District Court
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **WINSTON PARK** | Case Number: **1:10CR00119-001** |
| | Marc Days |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔]  pleaded guilty to count(s): One of the Indictment .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1791(a)(2)(b)(1) | Possession of a Prohibited Object in Prison | 05/27/2009 | One |

   The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.          [✔]  Appeal rights waived.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

|  |
|---|
| 5/9/2011 |
| Date of Imposition of Judgment |
|  |
| /S/ ANTHONY W. ISHII |
| Signature of Judicial Officer |
|  |
| **ANTHONY W. ISHII**, United States District Judge |
| Name & Title of Judicial Officer |
|  |
| 5/12/2011 |
| Date |

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:10CR00119-001 | Judgment - Page 2 of 6 |
| DEFENDANT: | WINSTON PARK | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months.

Said sentence to run consecutive to the defendant's current sentence he is now serving.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.   ATWATER OR VICTORVILLE

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on_____   to  _____
at _____ , with a certified copy of this judgment.


                                                                    _____
                                                                    UNITED STATES MARSHAL

                                                             By    _____
                                                                    Deputy U.S. Marshal

AO 245B-CAED (Rev. 3/04) Sheet 3 - Supervised Release    Case 1:10-cr-00119-AWI   Document 20   Filed 05/12/11   Page 3 of 6

| | |
|---|---|
| CASE NUMBER: | 1:10CR00119-001 |
| DEFENDANT: | WINSTON PARK |

Judgment - Page 3 of 6

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>36 MONTHS</u>.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔]     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[✔]     The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student. (Check, if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 3/04) Sheet 3 - Supervised Release

| | | |
|---|---|---|
| CASE NUMBER: | 1:10CR00119-001 | Judgment - Page 4 of 6 |
| DEFENDANT: | WINSTON PARK | |

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. As directed by the probation officer, the defendant shall participate in an outpatient correctional treatment program to obtain assistance for drug or alcohol abuse.

3. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

4. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

5. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

6. As directed by the probation officer, the defendant shall complete up to 20 hours of unpaid community service per week until employed for at least 30 hours per week or participating in a previously approved educational or vocational program.

AO 245B-CAED (Rev. 3/04) Sheet 5 - Criminal Monetary Penalties

| | | Judgment - Page 5 of 6 |
|---|---|---|
| CASE NUMBER: | 1:10CR00119-001 | |
| DEFENDANT: | WINSTON PARK | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100.00 | $ | $ |

[ ]  The determination of restitution is deferred until __. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| TOTALS: | $ __ | $ __ | |

[]  Restitution amount ordered pursuant to plea agreement $ __

[ ]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[ ] The interest requirement is waived for the    [ ] fine    [ ] restitution

[ ] The interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

[ ]  If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[ ]  If incarcerated, payment of restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments

| | |
|---|---|
| CASE NUMBER: | 1:10CR00119-001 |
| DEFENDANT: | WINSTON PARK |

Judgment - Page 6 of 6

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A [✔] Lump sum payment of $ __100.00__ due immediately, balance due

    [ ] not later than ___ , or
    [ ] in accordance with      [ ] C,      [ ] D,      [ ] E, or      [ ] F below; or

B [ ] Payment to begin immediately (may be combined with    [ ] C,    [ ] D, or [ ] F below); or

C [ ] Payment in equal ___ (e.g., weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after the date of this judgment; or

D [ ] Payment in equal ___ (e.g., weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E [ ] Payment during the term of supervised release will commence within ___ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States: