**ALEX R. KESSEL (State Bar No. 110715)**
15910 Ventura Blvd.
Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: KesselLawFirm@gmail.com

Attorney for Defendant
**WINSTON HANJI PARK**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br><br>WINSTON HANJI PARK,<br><br>　　　　　　Defendant, | Case Number.: 2:14-cr-00430-RGK<br><br>**DEFENDANT WINSTON HANJI PARK'S SENTENCING MEMORANDUM FOR SUPERVISED RELEASE VIOLATIONS**<br><br>DATE:　January 11, 2016<br>TIME:　10:00 a.m.<br>COURT: Courtroom of the Honorable R. Gary Klausner, United States District Judge |

　　　　TO THE HONORABLE R. GARY KLAUSNER, JUDGE OF THE UNITED STATES DISTRICT COURT:

　　　　Defendant WINSTON HANJI PARK, by and through his attorney of record, Alex R. Kessel, hereby submits his sentencing position for the Court's consideration. Defendant requests a sentence of <u>18 months</u> in this case which takes into consideration the relevant mitigating factors and the factors set forth in 18 U.S.C. § 3553(a).

//

//

//

//

//

## I.

## INTRODUCTION

On October 26, 2015 defendant Park admitted allegations one and two in the Petition on Probation and Supervised Release. Further on August 19, 2015 defendant pleaded guilty in state court to violations of *Vehicle Code Section 2800.2(a)*, [fleeing from police], and *Health and Safety Code Section 11359*, [possession for sale of marijuana.] These two convictions were the bases for the instant Petition allegations. In the state court matter defendant was sentenced to 32 months in state prison and the state court permitted the defendant to serve his sentence in a federal institution concurrent with any Federal sentence. Defendant submits of the 32 months, he will be required to serve 50% or 16 months with no presentence credit.

## II.

## DEFENDANT'S REQUEST FOR AN 18 MONTH SENTENCE

Defendant submits the following *3553(a)* factors support his request for an 18 month sentence:

1. Defendant accepted responsibility for his actions by admitting the allegations in the instant Petition.
2. Defendant is suffering a punishment of 32 months in state prison after pleading guilty to charges which also form the bases for the instant federal supervised release violations.
3. Defendant did not cause injury or property damage in the underlying state incident.
4. Defendant has not suffered any violation while released on his own recognizance by this honorable court since the time of his state charges on March 25, 2014.
5. Defendant is employed.
6. Defendant is a father to his 4 month old son.
7. Defendant will serve 50% or 16 months actual time of his 32-month state sentence. Defendant submits a sentence of 18 months in the instant matter would amount to a 16-month actual sentence. (Federal time requires serving 85% of the sentence.)
8. The state court disposition permitted defendant to serve his state sentence in a Federal Correctional Institution.

9. Defendant has made great strides in overcoming his drug addiction issues.

10. Defendant will be on state parole when he is released from his state prison sentence.

## III.
## CONCLUSION

Based on the foregoing, defendant would respectfully request this honorable court to sentence defendant to 18-months in federal custody. Defendant further requests the court to allow defendant to self surrender after January 19, 2016, which is the date he is scheduled to be sentenced in the state matter. Defendant further requests no further supervised release upon completion of his federal sentence.

DATED: January 4, 2015                                          Respectfully submitted,


                                                                s/ Alex R. Kessel
                                                                ALEX R. KESSEL
                                                                Attorney for Defendant,
                                                                **WINSTON HANJI PARK**